# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2020

## NO. 03-18-00740-CV

**Appellant, Gerard Matzen// Cross-Appellants, Marsha McLane, in Her Official Capacity as Director of Texas Civil Commitment Office, and The Texas Civil Commitment Office,**

**v.**

**Appellees, Marsha McLane, in Her Official Capacity as Director of Texas Civil Commitment Office, and The Texas Civil Commitment Office// Cross-Appellee, Gerard Matzen**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**
**CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on October 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.